JOSEPH KIRSCH, Appellant, *v.* EDWARD A. RICHARDS, as Executor of VITO GIGLIO, Deceased, Respondent.

Argued June 8, 1943; decided July 20, 1943.

*Herman S. Bachrach* and *Clarence G. Bachrach* for appellant.
*John P. McGrath, Reginald S. Hardy* and *Gardiner Conroy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.